■　　In the Matter of SARAH PRESTON et al., Respondents, v. JOSEPH S. BARBARO, as Commissioner of the Nassau County Department of Social Services, Appellant.— Judgment of the Supreme Court, Nassau County, entered December 17, 1969, affirmed, without costs. (See *Matter of Borders* v. *Nassau County Dept. of Soc. Servs.*, 34 A D 2d 805.) Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.